1  **HANNI M. FAKHOURY**
California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org

6  Attorneys for Defendant

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>    Plaintiff,                 )<br>                              )<br>v.                            )<br>                              )<br>ERNESTO NAVARRO-CASTRO,       )<br>                              )<br>    Defendant.                )<br>                              )<br>_____) | Case No. 08MJ8253<br><br><br><br>**NOTICE OF ATTORNEY APPEARANCE** |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                        Respectfully submitted,

Dated: March 24, 2008                   /s/ Hanni M. Fakhoury
                                        HANNI M. FAKHOURY
                                        Federal Defenders of San Diego, Inc.
                                        e-mail: Hanni_Fakhoury@fd.org
                                        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED:  March 24, 2008          /s/ Hanni M. Fakhoury
                                HANNI M. FAKHOURY
                                e-mail: Hanni_Fakhoury@fd.org